

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF ONLY

February 25, 2021

U.S. District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   *Juscinska v. Skytop Lodge Corporation*, **Case No. 21-cv-00295-GHW**

Dear District Judge Woods:

This office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action.  We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution.  Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the settlement agreement and file a stipulation of dismissal.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.
*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    Joseph J. Lynett, Esq. (*via CM/ECF*)
       Samantha Ojo, Esq. (*via CM/ECF*)